### STATE, EX REL. OWEN O'CONNOR, RELATOR, v. HERBERT NEIDHAMMER, DEFENDANT.

Argued January 20, 1932—Decided March 2, 1932.

Before Justices TRENCHARD, DALY and DONGES.

For the relator, *Charles H. Roemer*.

For the defendant, *Joseph W. Marini*.

PER CURIAM.

This rule to show cause seeks the consent to the filing of an information in the nature of a *quo warranto* to test the right of the defendant to the office of councilman of the borough of Fairview, in Bergen county.

We have carefully considered the record submitted and the reasons urged by relator, and they do not persuade us that the discretion of the court should be exercised in favor of granting the leave sought.

The rule to show cause is discharged, with costs.